

# HILL WALLACK LLP
## ATTORNEYS AT LAW

202 Carnegie Center, P.O. Box 5226, Princeton, NJ 08543-5226
Telephone: (609) 924-0808, Fax: (609) 452-1888
WWW.HILLWALLACK.COM

Writer's Direct Dial: (609) 734-6358

January 18, 2010

VIA ECF

The Honorable Tonianne J. Bongiovanni, U.S.M.J.
Clarkson S. Fisher Federal Building
U.S. Courthouse
Room 6052
402 E. State Street
Trenton, NJ 08608

RECEIVED

JAN 19 2010

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Re:  **Hospira Inc. v. Sandoz Inc.**
     Civil Action No. 09-4591 (MLC)(TJB)

Dear Judge Bongiovanni:

We represent defendant Sandoz, Inc. in the above-referenced action. Pursuant to the Pretrial Scheduling Order, entered January 6, 2010, the current deadline for the Parties to submit a Consent Discovery Confidentiality Order is January 19, 2010. (D.I. No. 23 at 7.) On Sandoz's request for a three-day extension of this deadline to and including January 22, 2010, counsel for Plaintiffs Hospira, Inc. and Orion Corporation agreed that they will not oppose Sandoz's request if the corresponding deadline for Plaintiffs' to serve their Disclosure of Asserted Claims and Infringement Contentions also is extended by three days, to and including February 19, 2010. These deadlines have not previously been extended, and an extension will not impact any other deadlines in the Pretrial Scheduling Order.

We respectfully request that the Court extend the Parties' deadline to submit a Consent Discovery Confidentiality Order to January 22, 2010, and extend Plaintiffs' deadline to serve their Disclosure of Asserted Claims and Infringement Contentions (including any accompanying document production) to February 19, 2010.

Respectfully submitted,

ERIC I. ABRAHAM

So Ordered this _19_ day
of _January_, 20_10_

Cc: Counsel of Record (via ECF and electronic mail)

{02107766}