Eric I. Abraham
HILL WALLACK LLP
202 Carnegie Center
Princeton, New Jersey 08540
Telephone: (609) 924-0808
Fax: (609) 452-1888
*Attorneys for Sandoz Inc.,*
*Sandoz International GmbH,*
*and Sandoz Canada Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOSPIRA, INC. and ORION CORPORATION,<br><br>   Plaintiffs/Counterclaim Defendants,<br><br>   v.<br><br>SANDOZ INTERNATIONAL GmbH, SANDOZ INC., and SANDOZ CANADA INC.<br><br>   Defendants/Counterclaim Plaintiffs. | CIVIL ACTION NO. 3:09-CV-04591 (MLC-TJB)<br><br>**NOTICE OF MOTION FOR SANDOZ CANADA INC. TO SERVE INVALIDITY AND NON-INFRINGEMENT CONTENTIONS AND FOR LEAVE FOR SANDOZ INC. TO AMEND ITS PRELIMINARY INVALIDITY AND NON-INFRINGEMENT CONTENTIONS**<br><br>**DOCUMENT ELECTRONICALLY FILED**<br><br>**RETURN DATE: OCTOBER 4, 2010** |

TO: COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on October 4, 2010 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendants Sandoz Inc., Sandoz International GmbH, and Sandoz Canada Inc. in the above captioned matter will move before the Honorable Magistrate Judge Tonianne J. Bongiovanni, at the United States District Court, District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street

Trenton, New Jersey 08608 for an Order granting Sandoz Canada Inc. the right to serve invalidity and non-infringement contentions and granting Sandoz Inc. leave to serve amended invalidity and non-infringement contentions.

**PLEASE TAKE FURTHER NOTICE** that Defendants rely upon the accompanying Memorandum in Support of Motion, and declaration of Kyle Mooney, with exhibits thereto. A proposed Order is submitted herewith.

                                              Respectfully submitted,
                                              HILL WALLACK LLP

                                              By:   /s/ Eric I. Abraham
                                                     Eric I. Abraham
                                                     202 Carnegie Center
                                                   Princeton, New Jersey 08543
                                                   (609) 924-0808
                                                   Co-counsel for Sandoz Inc., Sandoz
                                                   International GmbH and Sandoz
                                                   Canada Inc

Dated: September 10, 2010

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing

**MOTION FOR SANDOZ CANADA INC. TO SERVE INVALIDITY AND NON-INFRINGEMENT CONTENTIONS AND FOR LEAVE FOR SANDOZ INC. TO AMEND ITS PRELIMINARY INVALIDITY AND NON-INFRINGEMENT CONTENTIONS**

is to be electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy of the foregoing was also served on counsel of record via electronic mail.

_September 10, 2010_  
Date

__/s/Eric I. Abraham__  
Eric I. Abraham