Case 3:09-cv-04591-MLC-TJB   Document 108-3   Filed 09/22/10   Page 1 of 2 PageID: 2722

Liza M. Walsh
Agnes Antonian
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
Tel.: (973) 535-0500
Fax: (973) 535-9217

*Attorneys for Plaintiffs*
*Hospira, Inc. and Orion Corporation*



RECEIVED
OCT - 5 2010
AT 8:30____M
WILLIAM T. WALSH
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOSPIRA, INC. and ORION CORPORATION, | CIVIL ACTION No. 3:09-CV-04591 (MLC/TJB) |
| Plaintiffs, | |
| v. | ORDER |
| SANDOZ INTERNATIONAL GmbH and SANDOZ INC., | |
| Defendants. | |

**THIS MATTER** having come before the Court by Connell Foley LLP, attorneys for Plaintiffs Hospira, Inc. and Orion Corporation ("Plaintiffs"), for the entry of an Order filing documents under seal pursuant to L.Civ.R. 5.3(c), and the Court having previously entered a Discovery Confidentiality Order on January 25, 2010, and the Court having found that Defendants and Plaintiffs would suffer substantial harm if the confidential information is disclosed, and the Court having found that no less restrictive alternative to the relief sought is available, and no opposition having been filed, and for good cause shown;

**IT IS** on this 5th day of October, 2010,

2407636-01

**ORDERED** that Plaintiffs' Responsive Brief in Support of Their Request to Preclude Sandoz Inc. and Sandoz Canada's Proposed New Invalidity and Non-Infringement Contentions and the Supporting Confidential Certification of Agnes Antonian, dated September 22, 2010 contain proprietary, commercial, private, and/or other confidential information as outlined in the Stipulated Discovery Confidentiality Order entered by this Court on January 25, 2010 and shall be sealed pursuant to L.Civ.R. 5.3 (c).

*/s/ Tonianne J. Bongiovanni*

Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court

[It is further Ordered that the Clerk of the Court terminate this Motion, docket entry no. 108, accordingly]

2407636-01