# CONNELL FOLEY LLP
## ATTORNEYS AT LAW

85 LIVINGSTON AVENUE
ROSELAND, N.J. 07068-3702
(973) 535-0500
FAX: (973) 535-9217

JERSEY CITY OFFICE
HARBORSIDE FINANCIAL CENTER
2510 PLAZA FIVE
JERSEY CITY, N.J. 07311-4029
(201) 521-1000
FAX: (201) 521-0100

NEW YORK OFFICE
888 SEVENTH AVENUE
NEW YORK, N.Y. 10106
(212) 262-2390
FAX: (212) 262-0050

PHILADELPHIA OFFICE
1500 MARKET STREET
PHILADELPHIA, PA 19102
(215) 246-3403
FAX: (215) 665-5727

JOHN A. PINDAR (1969)
GEORGE W. CONNELL (2005)
ADRIAN M. FOLEY, JR.
GEORGE J. KENNY*
KENNETH F. KUNZMAN
SAMUEL D. LORD
RICHARD D. CATENACCI
RICHARD J. BADOLATO*
PETER D. MANAHAN
JOHN B. MURRAY
MARK L. FLEDER
KEVIN J. COAKLEY
THOMAS S. COSMA
KATHLEEN S. MURPHY
PATRICK J. MCAULEY
PETER J. PIZZI*†
KEVIN R. GARDNER
ROBERT E. RYAN
MICHAEL X. MCBRIDE*
JEFFREY W. MORYAN
PETER J. SMITH*
BRIAN G. STELLER
PHILIP F. MCGOVERN, JR.
KAREN PAINTER RANDALL
LIZA M. WALSH
JOHN P. LACEY

MICHAEL J. CROWLEY-
TIMOTHY E. CORRISTON*
ERNEST W. SCHOELLKOPFF*
PATRICK J. HUGHES*†
JAMES C. MCCANN*
JOHN D. CROMIE
ANGELA A. IUSO*
GLENN T. DYER
WILLIAM T. MCGLOIN*
BRENDAN JUDGE
CHARLES J. HARRINGTON III*
STEPHEN V. FALANGA*
TRICIA O'REILLY*
ANTHONY F. VITIELLO*†
MARC D. HAEFNER
JONATHAN P. MCHENRY
JAMES P. RHATICAN*†
BRAD D. SHALIT*
W. NEVINS MCCANN*
THOMAS J. O'LEARY*
MITCHELL W. TARASCHI
M. TREVOR LYONS*
MICHAEL A. SHADIACK
PATRICIA A. LEE*†
AGNIESZKA ANTONIAN*

COUNSEL
JOHN W. BISSELL
FRANCIS E. SCHILLER*
EUGENE P. SQUEO*
NOEL D. HUMPHREYS*
ANTHONY ROMANO II*
STEVE BARNETT*
THOMAS M. SCUDERI*

CRAIG S. DEMARESKI*
ELIZABETH W. EATON
JOSEPH M. MURPHY
JASON E. MARX*
DOUGLAS J. SHORT*
JAMES M. MERENDINO
MICHELE T. TANTALLA*
HECTOR D. RUIZ*
NEIL V. MODY*
ROBERT A. VERDIBELLO*
JENNIFER C. CRITCHLEY*
PATRICK S. BRANNIGAN*
DANIELA R. D'AMICO*
CHRISTINE I. GANNON*
PHILIP W. ALLOGRAMENTO III*
LAURIE B. KACHONICK*
ANDREW C. SAYLES*
STEPHEN D. KESSLER
CHRISTOPHER ABATEMARCO*
AARON M. BENDER†
ANTHONY J. CORINO*

KARIN I. SPALDING*
JODI ANNE HUDSON*
RICHARD A. JAGEN
OWEN C. MCCARTHY*
NANCY A. SKIDMORE*
GREGORY E. PETERSON*
ALEXIS E. LAZZARA

WILLIAM D. DEVEAU*
DANIEL B. KESSLER*
CONOR F. MURPHY*
MEGHAN B. BARRETT*
RUKHSANAH L. LIGHARI*
NICOLE B. DORY*
CHRISTIAN J. JENSEN*
JOSEPH A. VILLANI, JR.*
ANDREW B. BUCKMAN
MICHAEL BOJBASA-
E. KEVIN VOLZ†
BETH A. FERLICCHI
CHRISTOPHER M. HEMRICK*
SUSAN KWIATKOWSKI
MONICA SETH*
MELISSA D. LOPEZ
JASON D. FALK
JOANNA S. RICH
NEIL V. SHAH
STEPHEN R. TURANO*

*ALSO ADMITTED IN NEW YORK
†ALSO ADMITTED IN PENNSYLVANIA
-ONLY ADMITTED IN NEW YORK
PLEASE REPLY TO ROSELAND, NJ

December 14, 2010

*RECEIVED DEC 16 2010 AT 8:30 WILLIAM T. WALSH CLERK*

**VIA EMAIL**
Hon. Tonianne J. Bongiovanni, USMJ
United States District Court
 for the District of New Jersey
Clarkson S. Fisher Federal Building
402 E. State Street, Rm. 20207
Trenton, NJ 08608

   Re: Hospira, Inc. et al. v. Sandoz International GmbH et al.,
     <u>C.A. No. 3:09-4591 (MLC/TJB) (D.N.J.)</u>

Dear Judge Bongiovanni:

  Our firm, along with Willkie Farr & Gallagher LLP, represents Hospira, Inc. and Orion Corporation (collectively, "Plaintiffs") in the above-captioned matter. We along with Defendants submit this brief joint letter to identify issues that the parties would like to discuss during tomorrow's telephone conference. The parties have been working together and have met and conferred on several occasions regarding discovery issues. Although progress has been made in resolving discovery matters, the parties believe the following issues should be addressed during the conference.

  Plaintiffs seek Your Honor's assistance with the following topics:

  1. With respect to Sandoz Inc.'s election regarding contentions, Plaintiffs seek an order, based on the November 16, 2010 teleconference, rejecting Sandoz Inc.'s ability to rely directly on Sandoz Canada's new contentions because Sandoz Inc. has refused to provide a witness on the issue of diligence. *[handwritten: So Ordered. Sandoz Inc may, however, argue res judicata or collateral estoppel based on the Court's ultimate ruling relation to Sandoz Canada's Contentions.]*

2455470-01

Hon. Tonianne J. Bongiovanni, USMJ
December 14, 2010
Page 2

2. With respect to the personal jurisdiction defense of Sandoz International GmbH, Plaintiffs seek to formalize the parties' understanding that Sandoz International GmbH has dropped that defense.

*So Confirmed on the record on 12/15/10*

Defendants have no issues to raise with the Court at this time. With respect to the two issues raised by Plaintiffs, Defendants note the following:

1. With respect to contentions, Sandoz Inc. respectfully disagrees with Plaintiffs' request, for the reasons discussed on November 16 and summarized in Sandoz Inc.'s correspondence to the Court on November 23 and December 1.

2. With respect to Sandoz International GmbH, Sandoz International had understood that these issues were resolved based on the parties' discussions. Since learning on December 14 that Plaintiffs perceive an issue, Sandoz International has offered to continue those discussions.

With respect to other discovery issues, the Plaintiffs and Defendants will continue to meet and confer on issues not yet ripe, and jointly request that the Court schedule a follow-up teleconference prior to the close of fact discovery to address any issues that cannot be resolved among the parties.

We look forward to speaking with Your Honor during the December 15, 2010 telephone conference.

Respectfully submitted,

s/Liza M. Walsh
Liza M. Walsh

cc:   Eric I Abraham, Esq.
      Christina L. Saveriano, Esq.
      David Doyle, Esq.
      Matthew D'Amore, Esq.
      Kyle Mooney, Esq.
      (All Via Email)

*A telephone Conference to be initiated by Plaintiffs shall be held on Jan. 12, 2011 at 4:30. Outstanding issues must be presented to this Court by Jan. 7, 2011*

So Ordered this 15 day of December, 2010

**ORDER ON ORAL MOTION**

2455470-01