```
                         U.S. DISTRICT COURT
                       DISTRICT OF NEW JERSEY - TRENTON


    ---------------------------
    HOSPIRA, INC., et al,       :
                                :     Docket No. 09-CV-4591
              Plaintiffs,       :
                                :     Trenton, New Jersey
          -vs-                  :
                                :     Wednesday, December 15, 2010
    SANDOZ INTERNATIONAL GMBH,  :
     et al,                     :
                                :
              Defendants.       :
    ---------------------------

              TRANSCRIPT OF TELECONFERENCE HEARD BEFORE
         THE HONORABLE TONIANNE J. BONGIOVANNI, U.S.M.J.

    TRANSCRIPT ORDERED BY:

         MARY MCGUIRE-HOGAN, ESQ.
         (Connell Foley)


    A P P E A R A N C E S:

    (No appearances given, all names phonetic)

         A. SANTONIAN, ESQ.
         Attorney for the Plaintiffs

         EUGENE FRANK, ESQ.
         (Wilke Pharr)
         Attorney for the Plaintiffs

         MR. DeMOORE, ESQ.
         Attorney for the Defendants




                      AudioEdge Transcription, LLC
                   425 Eagle Rock Avenue - Suite 201
                      Roseland, New Jersey 07068
                            (973) 618-2310
                      www.audioedgetranscription.com
```

I N D E X

12/15/10

| CONFERENCE ON ISSUES | PAGE |
|---|---|
|  | 3 |

COURT DECISIONS:

| | |
|---|---|
| On first issue | 3 |
| On second issue | 5 |
| On next conference | 7 |

1                       (On record)

2                  (Attorneys appearing via telephone)

3             THE COURT:  Good morning, how are you?

4             MS. SANTONIAN:  Good morning, Your Honor, how are

5   you?

6             THE COURT:  I'm good.  Thank you for the letter, it

7   came in I guess yesterday and I can whine for half of a second

8   and say I was here and on the record last night at 8:30 last

9   night doing the settlement.  Some people do know how to

10  settle, by the way.

11            So I just perused it last night, but it looks fairly

12  straightforward.  We have the two issues that you want to

13  place on the record sort of, I suppose, officially.  And then

14  perhaps two other issues, I don't know if they're ripe yet.

15  But as to the first, you know, I'm fine with just so ordering

16  this letter that says that Sandoz Inc. is precluded from

17  directly relying on Sandoz Canada's new contentions.

18            And I can add in there if, Mr. DeMoore, you would

19  like something that says -- Mr. Abraham, you want something

20  that says that, you know, you're free to argue res judicata or

21  collateral estoppel to the extent there is a ruling on those

22  issues and you feel that those are appropriate applications to

23  make to the Court, does that work?

24            MR. DeMOORE:  Your Honor, this is -- this is Mr.

25  DeMoore.  Certainly if that's the order Your -- Your -- Your

1   Honor wishes to enter, we appreciate that and -- and we'll
2   proceed.
3            THE COURT:  Okay.  And the second issue, apparently
4   this -- if this was something that I was involved in, I don't
5   recall, but the second issue regarding the personal
6   jurisdiction, Plaintiff wants to formalize your understanding
7   that Sandoz International has dropped that defense.  What do
8   you need from me?  Is an affirmation that that's so adequate,
9   and I can just again simply note that that was confirmed on
10  the record?
11           MR. DeMOORE:  Your Honor, this is -- this is Mr.
12  DeMoore.  We -- our view is that this issue had been -- had
13  been laid to rest until we saw Plaintiff's draft letter
14  yesterday.  We told them that in this case Sandoz
15  International is not going to be proceeding with its personal
16  jurisdiction defense.  Obviously we don't believe there's
17  personal jurisdiction.  We're not waiving it for all purposes
18  right now or anything like that, but in this case we're not
19  proceeding with the personal jurisdiction defense or -- or
20  Sandoz International.
21           THE COURT:  Okay.
22           MR. DeMOORE:  So --
23           MS. SANTONIAN:  Your Honor, if I may, it's Agna
24  (phonetic) Santonian (phonetic).  And I think we're both on
25  the same page, Plaintiff's would just like to formalize that

1   understanding.

2           THE COURT:  Okay.

3           MS. SANTONIAN:  There's still a defense in Sandoz

4   International's answer.  I don't believe we filed any other

5   pleadings, so I had placed several calls to Mr. Abraham and

6   Christie at Hill Wallach just to figure what the best way

7   would be to formalize and input that on a record.  We -- we

8   thought it would just simply be that Defendants or Sandoz

9   International could file an amended answer removing that

10  defense or we can enter a stipulation, but --

11          THE COURT:  Well, how about if I just again

12  memorialize on this letter that was authored by Lisa Walsh

13  that it was so confirmed on the record on this date?  You have

14  the --

15          MR. FRANK:  This is Eugene Frank (phonetic) from

16  Wilke Pharr (phonetic).  That -- that's fine with us.

17          MS. SANTONIAN:  Okay.

18          THE COURT:  All right.  So I just will put that next

19  to number two and I'll note, you know, that on today's date --

20  I can't believe it's December 15th already -- that it was

21  confirmed and you have -- you can certainly order the

22  transcript as I expect you will, but in any event we'll have

23  this as an order and save you the time and energy of having to

24  put together a stipulation.

25          MS. SANTONIAN:  That's fine, thank you, Your Honor.

1              THE COURT:  Okay.

2              AN ATTORNEY:  --

3              THE COURT:  What do you need from me as to the next

4     two?

5              MR. FRANK:  Your Honor, this is Eugene again.  The

6     -- I think the only issue left is -- is we would like to at

7     least reserve a date for Your Honor prior to January 14th,

8     which is the close of fact discovery in this case.  We're --

9     we're working through a number of discovery issues.  We -- we

10    expect to be able to work them through with -- amicably and

11    not trouble Your Honor with them, but just in case there are

12    any open issues, it'd be nice to have a date reserved.

13             THE COURT:  Okay.  And I assume Defendants have no

14    objection to that?

15             MR. DeMOORE:  No and in fact, Your Honor, we join in

16    the request.

17             THE COURT:  Okay.  Can I have you hang on one second

18    because I didn't bring my calendar out and what I'd like to do

19    is set a date by which you will notify me of any issues and

20    then we'll have a couple of days later a telephone call set up

21    so that -- that I don't get an 11th hour submission and

22    because of things beyond your control or my control, I just

23    don't have the time to digest it.

24             So just bear with me one second, Tom just stepped

25    out to get my -- my calendar book.

1        MS. SANTONIAN:  Thank you, Your Honor, and you -- do
2    you prefer joint letter?
3        THE COURT:  You know what, in -- in light of the
4    fact that we're -- we'll be abutting the holidays, it's fine
5    if I get a separate submission, but to the extent you can send
6    something in jointly, that would be great or at least perhaps
7    what we can have an agreement to is that you will do an
8    exchange of your positions early in the morning and then this
9    way I can get something later in the day that might have some
10   response, if it's complicated.  I don't know how complicated
11   it will be.
12       MR. FRANK:  Your Honor, I expect that won't be a
13   problem.  We've been working pretty well with exchanging
14   positions and discussing them.
15       THE COURT:  Great.  Okay, how about if we do this.
16   If I have -- can I squeeze you to send to me your submission
17   on Friday the 7th?  And frankly I don't care what time it
18   comes in during the day, but if I have something by close of
19   business on Friday the 7th, and if we have a telephone call on
20   Wednesday the 12th.  And can I ask you to indulge me and can
21   we set it up at 4:30?  It's a little bit later than I would
22   like to do for you, but does that work for everyone?  And the
23   reason frankly, I have a little bit of a problem around that
24   time as I'm teaching at Seton Hall's Intercession, so I'm not
25   going to be here a couple of days that week.

```
 1              MR. FRANK:  Your Honor, that works fine for us.

 2              MR. DeMOORE:  Same here, Judge.

 3              MR. FRANK:  Eugene for Wilke Pharr.

 4              THE COURT:  Okay.  And I'm sorry, Mr. DeMoore, is it

 5    okay with you folks on that end?

 6              MR. DeMOORE:  Yeah, thank you, Your Honor.

 7              THE COURT:  Okay.  Can I have Plaintiffs just set up

 8    the call for us and I won't have you send in a confirming

 9    letter, I'll just ask Mark to do a minute entry for us that

10    we'll have this conference call on that date and that by the

11    7th you'll submit to me any outstanding issues.

12              And then I'll state the obvious that if there isn't

13    anything pressing that you need to talk to me about and you

14    want to cancel the conference call or move it, certainly feel

15    free to let me know.

16              And I'll also offer that if before hand the dust has

17    settled on everything and you want to reach out to me sooner,

18    I'll see what I can do to fit you in, in advance of that

19    January 12th scheduled date.  Good?

20              MS. SANTONIAN:  Thank you, Your Honor.

21              AN ATTORNEY:  Thank you.

22              AN ATTORNEY:  We appreciate that.

23              THE COURT:  Okay.  Anything else?

24              AN ATTORNEY:  That's it, Your Honor.

25              THE COURT:  Wonderful.  This was relatively
```

1    painless, I appreciate it.  Enjoy the rest of the holiday
2    season if you're celebrating, certainly New Year and we'll
3    start afresh in January.
4              MS. SANTONIAN:  Thank you.
5              THE COURT:  Okay.
6              AN ATTORNEY:  Thanks, Your Honor.
7              THE COURT:  All right, bye, bye.
8              MS. SANTONIAN:  Bye, bye.
9                        (Off record)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CERTIFICATION

I, JENNIFER WILSON, the assigned transcriber, do hereby certify the foregoing transcript of proceedings before the U.S. District Court, District of New Jersey - Trenton, on December 15, 2010, on CD, index number from 10:04:37 to 10:13:16, is prepared in full compliance with the current transcription format for Judicial Proceedings and is a true and accurate non-compressed transcript of the proceedings as recorded to the best of my knowledge and ability.


   S/ Jennifer Wilson               December 20, 2010

JENNIFER WILSON                      Date

AudioEdge Transcription, LLC