Eric I. Abraham
HILL WALLACK LLP
202 Carnegie Center
Princeton, New Jersey 08540
Telephone: (609) 924-0808
Fax: (609) 452-1888

*Attorneys for Defendant
Counterclaim Plaintiff Sandoz Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOSPIRA, INC. and ORION CORPORATION, | Civil Action No. 3:09-cv-04591-MLC-TJB |
| Plaintiffs, | **NOTICE OF MOTION APPEALING THE MAGISTRATE JUDGE'S DECEMBER 16, 2010 ORDER** |
| v. | |
| SANDOZ INTERNATIONAL GmbH, SANDOZ INC., and SANDOZ CANADA INC. | **DOCUMENT ELECTRONICALLY FILED** |
| Defendants. | **RETURN DATE: MONDAY, FEBRUARY 7, 2011** |

TO:

Liza M. Walsh, Esq.
Connell Foley LLP
85 Livingston Avenue
Roseland, New Jersey 07068
lwalsh@connellfoley.com

Thomas J. Meloro, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, N.Y. 10019
tmeloro@willkie.com

Counsel for Plaintiffs Hospira Inc. and Orion Corporation

**PLEASE TAKE NOTICE** that on February 7, 2011 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant Sandoz Inc. ("Sandoz Inc.") in the above captioned matter will move before Judge Mary L. Cooper, at the United States District Court, District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, pursuant to Federal Rule of Civil Procedure 72 and L. Civ. R. 72.1(c)(1)(A), for an Order: (1) vacating the Magistrate Judge's December 16, 2010 Letter Order (D.E. 138 ("Letter Order")); and (2) granting Sandoz Inc.'s motion to amend its invalidity contentions [D.E. 95-12 & 95-13].

**PLEASE TAKE FURTHER NOTICE** that Defendant Sandoz Inc. relies upon the accompanying Memorandum in Support of its Motion Appealing the Magistrate Judge's December 16, 2010 Order which is submitted herewith.

Dated: December 29, 2010                  Respectfully submitted,
                                          HILL WALLACK LLP


                                          By: /s/ Eric I. Abraham
                                          Eric I. Abraham
                                          202 Carnegie Center
                                          Princeton, New Jersey 08540
                                          (609) 924-0808
                                          Counsel for Defendant Sandoz Inc.

*Of Counsel:*

MORRISON & FOERSTER LLP
David C. Doyle (CA Bar No. 70690)
Thomas C. Chen (CA Bar No. 262782)
12531 High Bluff Drive, Suite 100
San Diego, California  92130-2040
Telephone:  (858) 720-5100
Fax:  (858) 720-5125

Matthew M. D'Amore
Kyle W. K. Mooney
1290 Avenue of the Americas
New York, New York 10104-0050
Telephone:  (212) 468-8168
Fax:  (212) 468-7900

## CERTIFICATE OF SERVICE

I, CHRISTINA SAVERIANO hereby certify that I caused a copy of this NOTICE OF

MOTION, SANDOZ INC.'S MOTION APPEALING THE MAGISTRATE JUDGE'S

DECEMBER 16, 2010 LETTER ORDER, and PROPOSED ORDER to be served by email on

the below counsel on December 29, 2010:

Liza M. Walsh, Esq.
Connell Foley LLP
85 Livingston Avenue
Roseland, New Jersey  07068
lwalsh@connellfoley.com

Agnes Antonian, Esq.
Connell Foley LLP
85 Livingston Avenue
Roseland, New Jersey  07068
aantonian@connellfoley.com


Thomas J. Meloro, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, N.Y. 10019
tmeloro@willkie.com

Eugene L. Chang, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, N.Y. 10019
echang@willkie.com

Colman B. Ragan, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, N.Y. 10019
cragan@willkie.com

Laurie Stempler, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, N.Y. 10019
lstempler@willkie.com

Heather Schneider, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, N.Y. 10019
hschneider@willkie.com


Dated:  December 29, 2010

Christina Saveriano