```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| HOSPIRA, INC., et al., | CIVIL ACTION NO. 09-4591 (MLC) |
| Plaintiffs, | **ORDER & JUDGMENT** |
| v. |  |
| SANDOZ INC., et al., |  |
| Defendants. |  |

For the reasons stated in the Court's Memorandum Opinion dated February 27, 2014, **IT IS** on this 27th day of February, 2014,

**ORDERED** that the motion filed on behalf of the plaintiffs and the defendants to vacate the parts of the Amended Memorandum Opinion dated May 4, 2012 (see dkt. entry no. 380) and the Amended Order and Judgment dated May 4, 2012 (see dkt. entry no. 381) that pertain to the infringement of United States Patent No. 6,716,867 (dkt. entry no. 404) is **GRANTED**; and it is further

**ORDERED** that the cross motion, inter alia, to intervene by the nonparty Caraco Pharmaceutical Laboratories, Ltd. (dkt. entry no. 410) is **DENIED**; and it is further

**ADJUDGED** that the parts of the Amended Memorandum Opinion dated May 4, 2012 (see dkt. entry no. 380) and the Amended Order and Judgment dated May 4, 2012 (see dkt. entry no. 381) that

pertain to the infringement of United States Patent No. 6,716,867 are **VACATED AND WILL BE OF NO FORCE OR EFFECT.**

                                                     s/ Mary L. Cooper  
                                              **MARY L. COOPER**  
                                              United States District Judge